UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Maurice Jones,<br>And attached list of cases<br><br>Debtor. | Case No. 17-33696<br><br>Chapter 13<br><br>Honorable Judge Jacqueline P. Cox |

**AGREED SUBSTITUTION OF ATTORNEY**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY ZHIQI WU currently with Heavner, Beyers & Mihlar, LLC hereby agrees that ATTORNEY HEATHER M. GIANNINO of Heavner, Beyers & Mihlar, LLC hereby substitutes in and appears as counsel for various Creditors in the case above and in the attached list of cases and ZHIQI WU currently of Heavner, Beyers & Mihlar, LLC withdraws her appearance from the case above and in the attached list of cases and the parties agree as follows:

| | |
|---|---|
| **COUNSEL SUBSTITUTING AND APPEARING:** | **COUNSEL WITHDRAWING** |
| **Heather M. Giannino** | **Zhiqi Wu** |
| **HEAVNER, BEYERS & MIHLAR, LLC** | **HEAVNER, BEYERS & MIHLAR, LLC** |
| **Attorneys at Law** | **Attorneys at Law** |
| **P.O. Box 740** | **P.O. Box 740** |
| **Decatur, IL 62525** | **Decatur, IL 62525** |
| **Email: bkdept@hsbattys.com** | **Email: bkdept@hsbattys.com** |
| **Telephone: (217) 422-1719** | **Telephone: (217) 422-1719** |
| **Facsimile: (217) 422-1754** | **Telephone: (217) 422-1719** |

1

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES. \*\***

**AGREED TO BY BOTH PARTIES:**

| */s/ Heather M. Giannino* | */s/ Zhiqi Wu* |
|---|---|
| Heather M. Giannino | Zhiqi Wu |

Dated: December 19, 2018                    Respectfully Submitted,

*/s/ Heather M. Giannino*
Heather M. Giannino
Counsel for Creditor

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## LIST OF CASES IN WHICH HEATHER M. GIANNINO IS SUBSTITUTING FOR ZHIQI WU AND FOR WHICH ZHIQI WU IS WITHDRAWING AS COUNSEL

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Wu, Zhiqi (aty) | 17-33696 | Maurice Jones | 13 | 11/10/2017 | N / A | N / A |
| | 17-33754 | Mark C Kasperski and Dinah N Kasperski | 13 | 11/10/2017 | N / A | N / A |
| | 17-33921 | Dorothy Jean Boswell-Lee | 13 | 11/13/2017 | N / A | N / A |
| | 17-34133 | Michael C Culich and Shannon L Culich | 13 | 11/14/2017 | N / A | N / A |
| | 17-34272 | Daniel Arthur DAndrea and Patricia Ruth Lalumendre | 13 | 11/15/2017 | N / A | N / A |
| | 17-34607 | Dale L Clark | 13 | 11/18/2017 | N / A | N / A |
| | 17-34888 | Gerardo Jimenez | 13 | 11/21/2017 | N / A | N / A |
| | 17-35012 | Shalonda Pipkins | 13 | 11/22/2017 | N / A | N / A |
| | 17-35082 | Lisa Robinson and Diablo Robinson | 13 | 11/24/2017 | N / A | N / A |
| | 17-35141 | Carol Zegiel | 13 | 11/27/2017 | N / A | N / A |
| | 17-35192 | Allan Cupicciotti and Christine Cupicciotti | 13 | 11/27/2017 | N / A | N / A |
| | 17-35245 | Hase Dervisevic | 13 | 11/28/2017 | N / A | N / A |
| | 17-35591 | Ray A Keys | 13 | 11/30/2017 | N / A | N / A |
| | 17-35773 | Neil Conrad Infante and Armaida Vanessa Infante | 13 | 11/30/2017 | N / A | N / A |
| | 17-35774 | Willie B Johnson | 13 | 11/30/2017 | N / A | N / A |
| | 17-36332 | Natalie L McCoy | 13 | 12/7/2017 | N / A | N / A |
| | 17-36434 | Guillermo Eustaquia Sanchez | 13 | 12/7/2017 | N / A | N / A |
| | 17-36473 | Diana Thacker | 7 | 12/8/2017 | N / A | N / A |
| | 17-36510 | David R. Mueller and Patricia A. Mueller | 7 | 12/8/2017 | N / A | N / A |
| | 17-36657 | Matthew M. Alia | 13 | 12/11/2017 | N / A | N / A |
| | 17-36759 | Lloyd J Lambert and Keenya M Lambert | 13 | 12/12/2017 | N / A | N / A |
| | 17-37102 | Zeshan Rauf | 13 | 12/14/2017 | N / A | N / A |
| | 17-37199 | John Neal Hill and Justina Marcia Hill | 13 | 12/15/2017 | N / A | N / A |
| | 17-37385 | SangeethaRam Boosani | 13 | 12/18/2017 | N / A | N / A |
| | 17-37464 | Hope A Moody | 13 | 12/19/2017 | N / A | N / A |
| | 17-37700 | Chauncy O'Neal | 13 | 12/21/2017 | N / A | N / A |
| | 17-37758 | Everette B Baldwin | 13 | 12/21/2017 | N / A | N / A |
| | 17-37763 | Willie Smallwood and Dora Smallwood | 13 | 12/21/2017 | N / A | N / A |
| | 17-37822 | Mitchel Mick | 13 | 12/21/2017 | N / A | N / A |
| | 17-38092 | Steven Michael Szostak and Kiana Cheriese Szostak | 13 | 12/27/2017 | N / A | N / A |
| | 17-38420 | Barbara Ann Smith | 13 | 12/29/2017 | N / A | N / A |
| | 17-80020 | Charles Howard Geschke and Theresa Marie Geschke | 13 | 1/5/2017 | N / A | N / A |
| | 17-80234 | Amy J Chavera | 13 | 2/3/2017 | N / A | N / A |
| | 17-80654 | Jason C Bryant | 13 | 3/22/2017 | N / A | N / A |
| | 17-80670 | Don Leroy Moore and Delores Ann Moore | 13 | 3/23/2017 | N / A | N / A |
| | 17-81028 | Melissa A. Romanyk | 13 | 4/30/2017 | N / A | N / A |
| | 17-81329 | Matthew J. Link and Stephanie J. Link | 13 | 6/1/2017 | N / A | N / A |
| | 17-81570 | Eric Siegal and Therese Siegal | 13 | 6/30/2017 | N / A | N / A |
| | 17-81626 | Kimberly E Liddicoat | 13 | 7/11/2017 | N / A | N / A |
| | 17-81781 | Jeremy R. Dascher and Brooke L. Dascher | 13 | 7/31/2017 | N / A | N / A |
| | 17-81951 | Sam E. Anderson | 13 | 8/20/2017 | N / A | N / A |
| | 17-82233 | Nichole E. Schroeder | 13 | 9/25/2017 | N / A | N / A |
| | 17-82239 | Guadalupe Valdez | 13 | 9/26/2017 | N / A | N / A |
| | 17-82598 | Angela Marie Johnson | 13 | 10/31/2017 | N / A | N / A |
| | 17-82635 | Karen Marie Dick-Ipsen | 13 | 11/6/2017 | N / A | N / A |
| | 17-82693 | Diana P. Johnson | 13 | 11/13/2017 | N / A | N / A |
| | 17-82877 | Anthony G. Miceli | 13 | 12/7/2017 | N / A | N / A |
| | 18-00355 | Travis Gravitt | 13 | 1/5/2018 | N / A | N / A |
| | 18-00505 | Phillip S Graver, III and Eleanor S Graver | 13 | 1/8/2018 | N / A | N / A |
| | 18-00765 | Maurice Rouse | 7 | 1/11/2018 | N / A | N / A |
| | 18-00913 | Ronald Michael Richards | 13 | 1/12/2018 | N / A | N / A |
| | 18-01026 | Jenny Bales | 13 | 1/15/2018 | N / A | N / A |
| | 18-01396 | Lavell M. Calvin | 13 | 1/17/2018 | N / A | N / A |
| | 18-01439 | John H. Abrahamian | 13 | 1/18/2018 | N / A | N / A |
| | 18-01808 | Paul H Schlichting and Kathleen Schlichting | 13 | 1/22/2018 | N / A | N / A |
| | 18-02076 | Peter B Geraci and Sherry Michelle Geraci | 13 | 1/24/2018 | N / A | N / A |
| | 18-02109 | Mitchell H Kaufman and Nichole M Carroll | 13 | 1/24/2018 | N / A | N / A |
| | 18-02358 | SUSAN RAMOS HERNANDEZ | 7 | 1/27/2018 | N / A | N / A |
| | 18-02460 | Portia McFarland | 13 | 1/29/2018 | N / A | N / A |
| | 18-02648 | Joseph L Ryan | 13 | 1/30/2018 | N / A | N / A |
| | 18-02664 | Matthew E. Gurvey | 7 | 1/31/2018 | N / A | N / A |
| | 18-02667 | Christopher Franklin | 13 | 1/31/2018 | N / A | N / A |
| | 18-02830 | Balbino Fernandez, III | 13 | 1/31/2018 | N / A | N / A |
| | 18-03106 | Thomas Japcon and Kelly Japcon | 13 | 2/2/2018 | N / A | N / A |
| | 18-03240 | Mark A. Dudesek | 13 | 2/5/2018 | N / A | N / A |
| | 18-03289 | Stephanie Ubides | 13 | 2/6/2018 | N / A | N / A |
| | 18-03371 | Deborah L. Acevedo | 13 | 2/7/2018 | N / A | N / A |
| | 18-03384 | Carlos R Graham and Dorothy C Graham | 13 | 2/7/2018 | N / A | N / A |
| | 18-03438 | David Rivera and Maribel Rivera | 13 | 2/7/2018 | N / A | N / A |