IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-02109 |
| Mitchell H Kaufman | ) | |
| Nichole M Carroll | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

NOTICE OF MOTION

TO:   Mitchell H Kaufman and Nichole M Carroll, 814 South California St. Palatine, IL 60067 *via US mail*

Illinois Department of Revenue Bankruptcy Section, PO Box 19035 Springfield, IL 62794−9035 *via US mail*

Illinois Department of Revenue, PO Box 19043 Springfield, IL 62794−9043 *via US Mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*
See attached service list

   PLEASE TAKE NOTICE that on **March 11**, **2019 at 9:30 am** I shall appear before the Honorable Judge LaShonda A. Hunt at the Federal Courthouse, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
        David H. Cutler

CERTIFICATE OF SERVICE

   I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on February 15, 2019 before the hour of 8:00 p.m.

By:   /s/ David H. Cutler
        David H. Cutler, esq.
        Counsel for Debtor(s)
        Cutler & Associates, Ltd.
        4131 Main St, Skokie, IL 60076
        Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-02109 |
| Mitchell H Kaufman | ) | |
| Nichole M Carroll | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

Motion to Extend Time for Debtor to File Claim on behalf of Creditor

Now comes, Mitchell H Kaufman and Nichole M Carroll (hereinafter referred to as the "Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., and moves this Honorable Court for entry of an Order Extending time for Debtors to file claim on behalf of Creditor, and in support thereof, respectfully represents as follows:

1. On January 24, 2018 the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on March 26, 2018.

3. The confirmed plan provided for monthly payments of $3,750 for 1 month and then $4,875 for 59 months with unsecured creditors receiving 100% of their allowed claims.

4. The Debtor owes the Illinois Department of Revenue for tax period 2016. The Debtor has provided his counsel with information regarding the 2016 tax debt.  See Exhibit "A" And per the Illinois Department of Revenue the total up to date amount owed is $4,076.85.

5. The last date to file governmental claims in the instant case was July 23, 2018.

6. The Debtor mistakenly forgot to include the above-mentioned debt in the original plan at the time of filing and the deadline to file a governmental proof of claim has passed.  If the debt to Illinois Department of Revenue would be paid through the Chapter 13 repayment plan it would not harm the other creditors as the general unsecured creditors would still be receiving

100% of their allowed claims.

    7.    The Debtors respectfully request that their counsel be granted fourteen (14) days from the date the order on this motion is entered to file an unsecured priority claim on behalf of Illinois Department of Revenue for the above-referenced debt.

    8.    The Debtors respectfully request this Honorable Court enter an order allowing the Illinois Department of Revenue, sixty (60) days to amended the unsecured priority proof of claim filed by Debtor's counsel.

**WHEREFORE**, Debtors pray that this Honorable Court enter an Order for the following relief:

1. Extending time for Debtor's counsel to file an unsecured priority claim on behalf of the Illinois Department of Revenue within fourteen (14) days from the date the order on this motion is entered; and
2. That the Illinois Department of Revenue is granted sixty (60) days to amend the unsecured priority proof of claim filed by Debtor's counsel; and
3. For any and all other relief this Court deems fair and proper.

Dated: February 15, 2019        Respectfully Submitted,

        By:    /s/ David H. Cutler
                David H. Cutler, esq.,
                Counsel for Debtor(s):
                Cutler & Associates, Ltd.
                4131 Main St. Skokie, IL 60076
                Phone: (847) 673-8600