**Notice Before Collection Action**



STATE OF
Illinois
DEPARTMENT OF REVENUE
tax.illinois.gov

#BWNKMGV
#CNXX XX69 5344 3X49#
MITCHELL H. KAUFMAN
814 S CALIFORNIA AVE
PALATINE IL 60067-7123

January 7, 2019

Letter ID: CNXXXX6953443X49

| | |
|---|---|
| Taxpayer ID: | XXX-XX-8268 |
| Account ID: | P21944682 |

## We have not received all of your required payments.

You must immediately pay the balance due of $4,058.58.

Details are shown on the following pages.

This may be the only Notice we will send you before we take other collection action. Other collection action may include levy of your wages or seizure and sale of your assets.

**It is important that you respond to us immediately.**

**Note:** If you are under bankruptcy protection, see the "Bankruptcy Information" section on the following page of this notice for additional information and instructions.

If you have questions about this notice, please write, email, fax, or call our office weekdays 8:00 a.m. to 4:30 p.m. If you are currently making payments on an installment contract for this liability period, please disregard this notice.

ICS PAYMENT AND CORRESPONDENCE UNIT
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19043
SPRINGFIELD IL 62794-9043

217 785-2698
217 557-5757 fax
REV.Collectionnotice@illinois.gov

enclosures

For information about
› how to pay
› how to file
› what you owe
› collection actions



# Taxpayer Statement



**STATE OF Illinois**
DEPARTMENT OF REVENUE
tax.illinois.gov

MITCHELL H. KAUFMAN
814 S CALIFORNIA AVE
PALATINE IL  60067-7123

January 7, 2019

**Letter ID:** L0975581360

**Taxpayer ID:**  XXX-XX-8268
**Total amount due:** $4,058.58

This statement lists our most recent information about your unpaid balance, available credits, or returns you have not filed. A payment voucher is included so you may pay the balance due.

*Note: Tax refers to Tax after nonrefundable credits. Payments/Credits includes withholding, estimated payments, earned income credit, and various other payments made to satisfy your balance.*

**IL Individual Income Tax**                                                                                     **Account ID: P21944682**

| Period      | Tax       | Penalty | Interest | Other | Payments/Credits | Balance  |
|-------------|-----------|---------|----------|-------|------------------|----------|
| 31-Dec-2016 | 12,192.00 | 832.28  | 223.30   | -     | (9,189.00)       | 4,058.58 |

SOC

Retain this portion for your records.
Fold and detach on perforation. Return bottom portion with your payment.

P-000637

## Taxpayer Statement  (R-12/08)   (136)



**Letter ID:** L0975581360
MITCHELL H. KAUFMAN

**Mail this voucher and your payment to:**
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19035
SPRINGFIELD IL 62794-9035

**Total amount due:** $4,058.58

Write the amount you are paying below.

$_____._____

Write your Taxpayer ID on your check.

000 006 017013020886 731 123199 2 0000000405858