UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-02109 |
| --- | --- | --- |
| Mitchell H Kaufman | ) | |
| Nichole M Carroll | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor, the Court, after due notice having been given and hearing thereon, having been fully advised of the matter, and no objections being heard,

IT IS HEREBY ORDERED that the time for the Debtor to file an unsecured priority claim on behalf of the Illinois Department of Revenue is extended to March 25, 2019.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 11, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600