United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                Case No. 18-02109

    Mitchell & Nichole Kaufman

    Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $15,466.00, Claim# 20-3.

Claimant

| | |
|---|---|
| Name | Illinois Department of Revenue Bankruptcy |
| Address | Bankruptcy Unit PO Box 19035 |
| City, State Zip | Springfield, IL 62794 |

Date: 12/16/2020

Jeffrey P. Allsteadt, Clerk

Christina Corona
Deputy Clerk

Updated 5/18/18 SO

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                                                  Case No. 18-02109

Mitchell & Nichole Kaufman

                 Debtor(s)

## Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:

Illinois Department of Revenue
Bankruptcy
Bankruptcy Unit PO Box 19035
Springfield, IL 62794

Debtor Name & Address:

Mitchell H Kaufman
Nichole M Carroll
814 South California St.
Palatine, IL 60067

The following parties received electronic notification

Attorney for Debtor Name:

David H Cutler

Trustee Name:

Marilyn O Marshall

Date:   12/16/2020                                                       Christina Corona
                                                                                 Deputy Clerk